UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

   Tina Marie Snell,                             Case No. 08-53534-MBM
                                                      Chapter 13
                  Debtor.   /                   Hon. Marci B. McIvor

## ORDER GRANTING
## DEBTOR'S MOTION FOR RECONSIDERATION

For the reasons set forth in the Opinion which accompanies this Order,

IT IS HEREBY ORDERED that Debtor's Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that the Order Modifying Chapter 13 Plan entered on January 2, 2013 is vacated.

IT IS FURTHER ORDERED that Plan payments in the amount of $3,423.17 are excused.

IT IS FURTHER ORDERED that the length of Debtor's plan is reduced from 60 months to 50 months. This case shall proceed to discharge.

IT IS FURTHER ORDERED that the dividend to unsecured creditors is reduced to an amount to be agreed upon by the Chapter 13 Trustee and Debtor based on funds available.

Signed on January 25, 2013

                                                  /s/ Marci B. McIvor
                                                  Marci B. McIvor
                                                  United States Bankruptcy Judge